UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Morrison C. England Jr.
Chief United States District Judge
Sacramento, California

                                               **RE: Baljinder Dhanoa**
                                               **Docket Number: 0972 2:13CR00275-003**
                                               **PERMISSION TO TRAVEL**
                                             **OUTSIDE THE COUNTRY**


Your Honor:


Baljinder Dhanoa is requesting permission to travel to Vancouver, Canada. Baljinder Dhanoa is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On December 11, 2014, Baljinder Dhanoa was sentenced for the offense(s) of 18 USC 1341 – Mail Fraud.

**Sentence Imposed:** 36 months Probation; No firearms; DNA collection; $100 Special Assessment; $102,916 Restitution.

**Dates and Mode of Travel:** Upon the Court's approval. Mode of travel is unknown at this time.

**Purpose:** Mr. Dhanoa wishes to pay respects to a terminally-ill family member who has been given 24 hours to live. She requests a travel pass for one week so that she may be present for the funeral as well.

**RE:    Baljinder Dhanoa**
       **Docket Number:  0972 2:13CR00275-003**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Garey R. White
Garey R. White
United States Probation Officer

Dated:   December 8, 2015
         Sacramento, California
         GRW/sg

/s/ Glenn P. Simon for

**REVIEWED BY:**   **George A. Vidales**
                   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved         ☐   Disapproved

**December 8, 2015**

| Date | **Morrison C. England Jr.** |
|---|---|
| | **Chief United States District Judge** |

2

REV.  06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX